NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**P & K CONTRACTING, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2013-5044

_____

Appeal from the United States Court of Federal Claims in No. 09-CV-0399, Senior Judge James F. Merow.

_____

**JUDGMENT**

_____

CAROL A. SIGMOND, Law Office of Carol A. Sigmond, LLP, of New York, New York, argued for plaintiff-appellant. With her on the brief was Samuel A. Blaustein.

MATTHEW P. ROCHE, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON,

Director, and BRYANT G. SNEE, Deputy Director. Of counsel on the brief was NATHAN J. BANKSON, Litigation Division, United States Army Legal Services Agency, Fort Belvoir, Virginia.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 16, 2013                    /s/  Daniel E. O'Toole
Date                                       Daniel E. O'Toole
                                                Clerk